IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| DERRELL THOMAS, #1055583, § § § Plaintiff, § § v. § Case No. 6:20-cv-203-JDK-KNM § JORDY C. LOPEZ, et al., § § Defendants. § § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Derrell Thomas, a Texas Department of Criminal Justice inmate proceeding pro se, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition.

Before the Court is Defendants Jordy C. Lopez, Justin R. McKinney, and Shayna M. McArthur's motion for summary judgment based on failure to exhaust administrative remedies. Docket No. 15. On July 19, 2021, Judge Mitchell issued a Report recommending that the Court grant Defendants' motion and dismiss Plaintiff's claims without prejudice. Docket No. 18. A copy of this Report was sent to Plaintiff, and Plaintiff received the Report on July 23, 2021. Docket No. 19.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 18) as the findings of this Court. The Court **GRANTS** Defendants' motion for summary judgment (Docket No. 15) and **DISMISSES** Plaintiff's claims without prejudice for Plaintiff's failure to exhaust administrative remedies.

So **ORDERED** and **SIGNED** this **10th** day of **September, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE